



UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2022
March 21, 2023 SESSION

UNITED STATES OF AMERICA

v.                          CRIMINAL NO. ___1:23-cr-00035___

                                        21 U.S.C. § 841(a)(1)
                                        18 U.S.C. § 2

MYRON DWAYNE BROWN
    also known as "Mylo"

# I N D I C T M E N T

The Grand Jury Charges:

## COUNT ONE

On or about December 29, 2021, at or near Havaco, McDowell County, West Virginia, and within the Southern District of West Virginia, defendant MYRON DWAYNE BROWN, also known as "Mylo," aided and abetted by a person known to the Grand Jury, knowingly and intentionally distributed a quantity of butonitazene, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

### COUNT TWO

On or about February 22, 2022, at or near Havaco, McDowell County, West Virginia, and within the Southern District of West Virginia, defendant MYRON DWAYNE BROWN, also known as "Mylo," knowingly and intentionally distributed a quantity of N-phenyl-N-(1-(2-phenylethyl)-4-piperidinyl), also known as "fentanyl," a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THREE

On or about February 28, 2022, at or near Havaco, McDowell County, West Virginia, and within the Southern District of West Virginia, defendant MYRON DWAYNE BROWN, also known as "Mylo," knowingly and intentionally distributed a quantity of N-phenyl-N-(1-(2-phenylethyl)-4-piperidinyl), also known as "fentanyl," a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).


WILLIAM S. THOMPSON
United States Attorney

By:

ANDREW D. ISABELL
Assistant United States Attorney