```
        IN THE UNITED STATES DISTRICT COURT
     FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                     AT BLUEFIELD
```

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 1:23-00035

MYRON DWAYNE BROWN

FILED JUL 10 2023
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

### GUILTY PLEA FORM

In the presence of Timothy P. Lupardus, Esquire, my counsel, who has fully explained the charges contained in the Indictment against me, and, having received a copy of the Indictment from the United States Attorney before being called upon to plead, I hereby plead guilty to Count Two of the Indictment.

DATE: 7-10-2023           *Myron Brown*
                          (Defendant)

Witness: *[signature]*

_____
(Counsel)