# District Judge Daybook Entry

## United States District Court - Southern District of West Virginia at Bluefield

| | | | |
|---|---|---|---|
| Date: | 11/13/2023 | Case Number: | 1:23-cr-00035 |
| Case Style: | USA vs. Myron Dwayne Brown | | |
| Type of hearing: | Sentencing | | |
| Before the Honorable: | 2512-Faber | | |
| Court Reporter: | Lisa Cook | Courtroom Deputy: | Cindy Lilly |

Attorney(s) for the Plaintiff or Government:

Andrew Isabell

Attorney(s) for the Defendant(s):

Timothy Lupardus

| | |
|---|---|
| Law Clerk: | Allison Skinner |
| Probation Officer: | Paradise Nelson |

## Court Times

| Start Time | End Time | Court Time Description |
|---|---|---|
| 10:55 AM | 11:24 AM | Non-Trial Time/Uncontested Time |

Time in court: 0 hours and 29 minutes. Non-Trial Time/Uncontested Time

## Courtroom Notes

Scheduled Start: 11:00 a.m.
Actual Start: 10:55 a.m.
Court adopts findings in PSR
Court accepts plea agreement.
Base Offense Level: 18
Total Offense Level: 11
Criminal History: I

Custody Range: 8 - 14 months
Supervised Release Range: At least 3 years
Fine Range: $4,000 - $1,000,000
Assessment: $100
Counsel for the defendant, the defendant, and the Assistant United States attorney given an opportunity to speak.
Sentence imposed as follows:
Custody: 12 months
Supervised Release Term: 3 years
Assessment: $100
Court recommends that defendant receive a medical evaluation.
Defendant advised of his right to appeal.
Defendant's bond continued and he is to self report by December 13, 2023.
Remaining counts in the Indictment are dismissed on motion of the government.
Court adjourned at 11:24 a.m.